[No. 721.   Decided October 18, 1892.]

W. A. FREEBURGER *et al., Appellants,* v. W. L. GAZZAM *et al., Respondents.*

[No. 725.   Decided October 18, 1892.]

W. A. FREEBURGER *et al., Appellants,* v. S. CALDWELL, *Respondent.*

*Appeals from Superior Court, Mason County.*

*W. I. Agnew,* and *M. J. Gordon,* for appellants.

*C. W. Hartman,* for respondents.

ANDERS, C. J.— Respondents move to affirm the judgment of the court below, and for judgment in this court in each of the above causes against appellants and the sureties on the appeal bond for costs and damages, on the ground that appellants have failed to prosecute their appeal, and because the appeal is taken for delay.

We think the delay in filing the transcript was not caused by the negligence of appellants or their counsel, but was rather the result of a misapprehension on the part of the clerk of the superior court as to his duty in the matter. The transcript was in fact filed on the same day upon which respondents filed this motion. We see no reason to conclude that the appeal was taken for delay.

The motion must be denied.

SCOTT, HOYT, STILES and DUNBAR, JJ., concur.

---

[No. 703.   Decided November 18, 1892.]

A. R. LINK, *Respondent,* v. BERTHA H. BOSSE *et al., Appellants.*

*Appeal from Superior Court, Pierce County.*

*James Wickersham,* for appellants.

*Hudson & Holt,* for respondent.

STILES, J.— The motion to affirm for want of any reviewable matter in the record must be granted. The necessity of presenting the entire case here when a mechanic's lien is the subject of the action has been discussed and ruled upon until it is settled as the practice while the statutes remain as they now are. The appeal is taken upon the judgment roll alone, from which it appears that there was a trial of the cause, at which evidence was introduced, and there was a decision upon the merits. Judgment affirmed.

ANDERS, C. J., and SCOTT, HOYT and DUNBAR, JJ., concur.